**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Rialto Bioenergy Facility, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **80-0958799** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **705 Palomar Airport Road, Suite 200**<br>**Carlsbad, CA 92011**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Rialto Bioenergy Facility, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‾‾‾‾

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |
| | | | |

Debtor   **Rialto Bioenergy Facility, LLC**                                   Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____

District _____ When _____  Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

███  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Rialto Bioenergy Facility, LLC**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ■ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Rialto Bioenergy Facility, LLC**                                  Case number (*if known*)
_____
          Name

▮ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05 / 25 / 2023
              MM / DD / YYYY

X _____          **Yaniv Scherson**
   Signature of authorized representative of debtor    Printed name

Title   **Vice President**

**18. Signature of attorney**

X   May 25, 2023                              Date _____
    Signature of attorney for debtor               MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**    Email address   **rb@lnbyg.com**

**143364 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Rialto Bioenergy Facility, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended Schedule _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *May 25, 2023*    x _____
                                    Signature of individual signing on behalf of debtor

                                    **Yaniv Scherson**
                                    Printed name

                                    **Vice President**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rialto Bioenergy Facility, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **R & S Industrial Field Services, Inc** P.O. Box 2796 **Victorville, CA 92393** | 760-987-5532 | | | | | $667,111.07 |
| **Santa Ana Watershed Project Authority** **11615 Sterling Avenue** **Riverside, CA 92503** | 800-890-0269 | | | | | $309,477.60 |
| **Putzmeister America Inc.** **1733 90th Street** **Sturtevant, WI 53177** | 559-487-7915 | | | | | $237,641.26 |
| **Anew Climate, LLC** **3200 Southwest Freeway, STE 1310** **Houston, TX 77027** | 909-820-3782 | | | | | $128,907.86 |
| **SoCal Gas** **PO Box C** **Monterey Park, CA 91756** | 909-923-2727 | | | | | $117,547.52 |
| **SoCal Edison** **P.O. Box 300** **Rosemead, CA 91772** | 714-349-0353 | | | | | $100,741.13 |
| **American Turn-Key Fabricators** **9175 Milliken Avenue** **Rancho Cucamonga, CA 91730** | 281-207-7200 | | | | | $81,167.71 |
| **City of Rialto** **P.O. Box 800** **Rialto, CA 92377** | 479-498-0500 | | | | | $77,365.54 |

| Debtor | **Rialto Bioenergy Facility, LLC** | | Case number *(if known)* | |
|--------|----|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aerzen USA Corporation 108 Independence Way Coatesville, PA 19320 | 610-380-0244 | | | | | $74,990.78 |
| Denali Water Solutions LLC PO Box 3036 Russellville, AR 72801 | 800-655-4555 | | | | | $61,642.36 |
| SB Industrial Vacuum Service Inc. PO Box 310097 Fontana, CA 92331 | 800-806-6266 | | | | | $54,941.00 |
| Bare Ground Electric, Inc PO Box 90040 San Bernardino, CA 92427 | 323-491-4077 | | | | | $53,640.00 |
| Professional Boiler Repair PO Box 7525 Huntington Beach, CA 92615 | 562-824-3845 | | | | | $52,462.20 |
| Richard Price Automation, Inc 815 Anchorage Place Chula Vista, CA 91914 | 951-653-2171 | | | | | $49,895.84 |
| MAYEKAWA USA, INC. 29875 Medline Lane Katy, TX 77494 | 619-757-6932 | | | | | $49,501.67 |
| Schwing Bioset Inc 350 SMC Drive Somerset, WI 54025 | 951-277-5104 | | | | | $46,626.98 |
| Avensys Solutions Inc 300 rue Stinson Saint-Laurent QC H4N 2E7 CANADA | 909-350-2551 | | | | | $45,219.54 |
| W.M. Lyles Co. 42142 Roick Drive Temecula, CA 92590 | 559-487-7915 | | | | | $39,735.29 |
| Waste Management 10910 Dawson Canyon Road Corona, CA 92883 | 909-820-2546 | | | | | $36,021.27 |

Debtor  **Rialto Bioenergy Facility, LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Aerzen Rental USA LLC 5500 South Cobb Drive SE, BLDG 50 Atlanta, GA 30339** | **800-427-2200** | | | | | **$35,546.73** |

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Ron Bender 143364**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234**
**143364 CA**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Rialto Bioenergy Facility, LLC**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■  New petition filed.  Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: **104**

☐  Conversion filed on _____. *See instructions on reverse side.*      TOTAL NO. OF CREDITORS:____
    ☐  Former Chapter 13 converting.  Creditor <u>diskette</u> required.
    ☐  Post-petition creditors added.  <u>Scannable</u> matrix required.
    ☐  There are no post-petition creditors. No matrix required.

☐  Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐  Names and addresses are being ADDED.
    ☐  Names and addresses are being DELETED.
    ☐  Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■  The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐  The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **May 25, 2023**

**Yaniv Scherson/Vice President**
Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

       a)      A new petition is filed.  Diskette required.

       b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

       c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

       a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

       b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

       a)      <u>Scannable matrix format required.</u>

       b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

       c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

2G Energy Inc.
205 Commercial Drive
St. Augustine, FL 32092


Adia Solutions LLC
4800 Deerwood Campus Parkway
BLDG 800
Jacksonville, FL 32246


Adler Tank Rentals
2751 Aaron Street
Deer Park, TX 77536


Aerzen Rental USA LLC
5500 South Cobb Drive SE, BLDG 50
Atlanta, GA 30339


Aerzen USA Corporation
108 Independence Way
Coatesville, PA 19320


Air Liquide Advanced
Technologies U.S. LLC
9811 Katy Freeway, Suite 100
Houston, TX 77024-1273


AJW, Inc.
2101 Wilson Blvd
Suite 530
Arlington, VA 22201


Alliance Corporation
1067 S. Leslie Street
La Habra, CA 90631


Allison Electric Inc.
16835 Algonquin St. Ste. #291
Huntington Beach, CA 92649

American Turn-Key Fabricators
9175 Milliken Avenue
Rancho Cucamonga, CA 91730


Anaergia Inc.
4210 South Service Road
Burlington, Ontario
Canada L7L 4X5


Anaergia Services
705 Palomar Airport Rd, STE 200
Carlsbad, CA 92011


Anaergia Technologies GmbH
Oestinghausener Street 12
Lippetal, North Rhine-Westphalia
Germany 59510


Anew Climate, LLC
3200 Southwest Freeway, STE 1310
Houston, TX 77027


AT&T
PO Box 5019
Carol Stream, IL 60197-5019


Avensys Solutions Inc
300 rue Stinson
Saint-Laurent QC H4N 2E7
CANADA


Bare Ground Electric, Inc
PO Box 90040
San Bernardino, CA 92427


BSK Associates
PO Box 51931
Los Angeles, CA 90051

Build Momentum
801 K Street
28th Floor
Sacramento, CA 95814


Burrtec Waste Industries, Inc.
1850 Agua Mansa Rd
Jurupa Valley, CA 92509


Cal-lift, Inc.
13027 Crossroads Parkway South
City of Industry, CA 91746


Caltrol Inc.
PO Box 741123
Los Angeles, CA 90074


Chemtreat Inc.
5460 Cox Road
Glen Allen, VA 23060


Cintas
P.O. Box 631025
Cincinnati, OH 45263


City of Rialto
P.O. Box 800
Rialto, CA 92377


CSC
P.O. Box 7410023
Chicago, IL 60674


Denali Water Solutions LLC
PO Box 3036
Russellville, AR 72801

Diamond Environmental Services
807 E. Mission Road
San Marcos, CA 92069


Dick Munns Company
11133 Winners Circle
Los Alamitos, CA 90720


Endress+Hauser, Inc
2350 Endress Place
Greenwood, IN 46143


Envirosep
31 Aviation Blvd
Georgetown, SC 29440


Ernie & Sons Scaffolding
1960 Olivera Rd
Concord, CA 94520


ESSI Scaffold
1960 Olivera Road
Concord, CA 94520


Fastenal Company
PO Box 1286
Winona, MN 55987


Ferguson Enterprises LLC
12500 Jefferson Avenue
Newport News, VA 23602


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257

Frontier Energy, Inc.
12949 Alcosta Blvd. Suite 101
San Ramon, CA 94583


Grainger
1321 Linda Vista Dr
San Marcos, CA 92078


Harrington Industrial Plastics LLC
PO Box 676273
Dallas, TX 75267


Harris Group
2601 4th Ave
Suite 400
Seattle, WA 98121


Hill Crane Service, Inc.
3333 Cherry Ave.
Long Beach, CA 90807


Hose-Man, Inc.
5397 Irwindale Ave.
Irwindale, CA 91706


Jani-King of California
PO Box 749201
Los Angeles, CA 90074


Kjelstrom & Associates Inc.
841 Kalpati Cir. #A
Carlsbad, CA 92008


Konica Minolta
PO Box 100706
Pasadena, CA 91189

Koppl Pipeline Services, Inc.
1228 Date Street
Montebello, CA 90640


link protect GmbH
Munchener Strasse 9285614
Kirchseeon
GERMANY


MAYEKAWA USA, INC.
29875 Medline Lane
Katy, TX 77494


McGuire Woods
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501


McMaster-Carr
PO Box 7690
Chicago, IL 60680


Midwest Laboratories, Inc.
13611 B Street
Omaha, NE 68144


Mission Critical DC Power, LLC
1309 Bouslog Rd.
Ste. 108
Burlington, WA 98233


Mobile Modular
P.O. BOX 45043
San Francisco, CA 94145


Montrose Air Quality Services LLC
PO Box 741137
Los Angeles, CA 90074

Moss Adams
PO Box 101822
Pasadena, CA 91189


MSA Safety Sales
1000 Cranberry Woods Drive
Cranberry Twp, PA 16066


NAES Corporation
1180 NW Maple St
Suite 200
Issaquah, WA 98027


Nord Gear Corporation
800 Nord Drive
Waunakee, WI 53597


Ontario Refrigeration Service
635 S. Mountain Ave
Ontario, CA 91762


Orange line Oil Company
404 E. Commercial Street
Pomona, CA 91767


Pacific Mechanical Construction
14563 Manzanita Drive
Fontana, CA 92335


Pacific Standard Environmental, Inc.
6303 Owensmouth Ave. 10th Floor
Woodland Hills, CA 91367


Packair Customs Brokers Inc.
1700 W El Segundo Blvd
Gardena, CA 90249

Pape Material Handling, Inc.
PO Box 987
Eugene, OR 97440


PEOPLEREADY INC
1015 A Street
Tacoma, WA 98402


Plate Concepts Inc
1710 MacArthur Rd. Ste 209
White Hall, PA 18052


Ponton Industries Inc
22901 Savi Ranch Pkwy
Suite B
Yorba Linda, CA 92887


Professional Boiler Repair
PO Box 7525
Huntington Beach, CA 92615


Putzmeister America Inc.
1733 90th Street
Sturtevant, WI 53177


Q-Air California
9807 Jordan Circle
Santa Fe Springs, CA 90670


Quality Street Service
PO Box 339
Claremont, CA 91711


R & S Industrial Field Services, Inc
P.O. Box 2796
Victorville, CA 92393

Rexcor Inc
245 King George Road. Suite 262
Brantford ON N3R 7N7
Canada


Rialto Water Services
PO Box 60450
Los Angeles, CA 90060


Richard Price Automation, Inc
815 Anchorage Place
Chula Vista, CA 91914


RK Controls
5901 Corvette Street
Commerce, CA 90040


Rockwell Engineering & Equipment Company
2913 El Camino Real
STE 337
Tustin, CA 92782


Rosemount Inc
8200 Market Blvd
Chanhassen, MN 55317


Royal Industrial Solutions
1920 Westridge Drive
Irving, TX 75038


Rust Automation & Controls, Inc.
PO Box 367
West Jordan, UT 84084


Safety-Kleen Systems, Inc.
P.O. Box 975201
Dallas, TX 75397

Santa Ana Watershed Project
Authority
11615 Sterling Avenue
Riverside, CA 92503


SB Industrial Vacuum Service Inc.
PO Box 310097
Fontana, CA 92331


SC Fuels
1800 W. Katella Ave.
Suite 400
Orange, CA 92863


Scaife Protection Services
PO Box 804
Lawndale, CA 90260


Schwing Bioset Inc
350 SMC Drive
Somerset, WI 54025


Siemens Industry, Inc.
100 Technology Drive
Alpharetta, GA 30005


SoCal Edison
P.O. Box 300
Rosemead, CA 91772


SoCal Gas
PO Box C
Monterey Park, CA 91756


Suez WTS Services USA, Inc.
4636 Somerton Road
Feasterville Trevose, PA 19053

Sulzer Electro-Mechanical Services (US)
11518 Old La Porte Road
La Porte, TX 77571


The Fan Doctors, Inc.
4470 W. Sunset Blvd. #90348
Los Angeles, CA 90027


Twining
PO Box 47
Long Beach, CA 90801


Uline
PO Box 88741
Chicago, IL 60680


UMB Bank, N.A.: Corporate
Trust & Escrow Services
120 South Sixth St, Ste 1400
Minneapolis, MN 55402


United Rentals (North America) Inc
PO Box 100711
Atlanta, GA 30384


UPS
28013 Network Place
Chicago, IL 60673


USA Bluebook
PO Box 9004
Gurnee, IL 60031


Valley Tank Repair Inc.
14691 Mallory Drive #9
Fontana, CA 92335

Value logic, Inc.
5671 Palmer Way
Suite A
Carlsbad, CA 92010


VESTA Modular
PO Box 530068
Atlanta, GA 30353


W.M. Lyles Co.
42142 Roick Drive
Temecula, CA 92590


Waste Management
10910 Dawson Canyon Road
Corona, CA 92883


West Valley Water District
800 Capital Street Suite 3000
Houston, TX 77002

WRITTEN CONSENT OF THE MANAGERS OF
RIALTO BIOENERGY FACILITY, LLC,
A DELAWARE LIMITED LIABILITY COMPANY

The undersigned Managers (collectively the "**Managers**") of Rialto Bioenergy Facility, LLC, a Delaware limited liability company (the "**Company**"), hereby approve and consent to the following action by unanimous written consent. This approval and consent are granted pursuant to Section 4.4 of the First Amended and Restated Limited Liability Company Operating Agreement of the Company (as amended, the "**Agreement**") and shall have the same force and effect as the unanimous vote of the Managers taken at a meeting held upon notice duly given. All terms not otherwise defined herein shall have the same meaning as in the Agreement.

**Authorization to Commence Chapter 11 Bankruptcy Case and to Take Actions in Chapter 11 Bankruptcy Case**

**WHEREAS**, the Company has retained Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("**LNBYG**") as its bankruptcy counsel and the Company has retained B. Riley Securities, Inc. ("**B. Riley**") as its financial advisor; and

**WHEREAS**, in consultation with the Company's professionals and after reviewing all of the facts and circumstances facing the Company, the Managers have determined it to be in the best interest of the Company for the Company to commence a chapter 11 bankruptcy case in the Southern District of California;

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on the date determined by the Managers to be in the best interests of the Company, its creditors and other parties in interest, after consultation with LNBYG and B. Riley. Any of the four Managers is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and the Managers shall have the authority to designate any other representative of the Company agreed to by all four Managers to sign any such documents on behalf of the Company.

**FURTHER RESOLVED**, that subject to satisfaction hereafter of the approval requirements of the Agreement (including without limitation Article 4 thereof), the four Managers are hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that the Managers deem to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

**FURTHER RESOLVED**, that following the filing of the Company's chapter 11 bankruptcy case and subject to the satisfaction hereafter of the approval requirements of the Agreement (including without limitation Article 4 thereof), the Managers are hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy

case, and to take any and all action that the Managers deem necessary and proper in connection with the Company's chapter 11 bankruptcy case. Subject to the foregoing, such actions that the Managers have the authority to cause the Company to take shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court or requirements of the United States Trustee. Subject to the foregoing, the Managers are also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

**FURTHER RESOLVED**, that all prior acts and deeds taken by the Managers on behalf of the Company, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

The undersigned, constituting all of the Managers of the Company, hereby approve and consent to the foregoing, effective as of May 23, 2023.

MANAGERS:

BY: _____
Yaniv Scherson

BY: _____
Jeremy Metts

BY: _____
John DiMarco

BY: _____
John Ma