RON BENDER (SBN 143364)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; KJM@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 23-01467-CL11 |
| RIALTO BIOENERGY FACILITY, LLC, | Chapter 11 Case |
| Debtor and Debtor in Possession. | **NOTICE OF CHANGE IN OBJECTION DEADLINE AND HEARING DATE FOR PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, OTHER THAN ASSUMED LIABILITIES, AND SCHEDULING FINAL SALE HEARING RELATED THERETO** |
| | **Sale Hearing:** May 30, 2024<br>2:00 p.m. (Pacific Time)<br>**Courtroom 1**<br>**325 West F Street**<br>**San Diego, CA 92101** |

**PLEASE TAKE NOTICE** that on May 2, 2024, the United States Bankruptcy Court for the Southern District of California (the "*Court*") entered a fourth supplemental bidding procedures order (the "**Fourth Supplemental Bidding Procedures Order**") [ECF No. 548] and on May 16, 2024, the Court entered a fifth supplemental bidding procedures order (the "**Fifth Supplemental Bidding Procedures Order**") [ECF No. 570] providing for an extension of certain dates and deadlines relating to the Debtor's sale of certain Assets[1] as follows:

1. The deadline for the Debtor, upon determination of a Successful Bid, to file with the Court and serve upon the Notice Parties and upon all Contract Counterparties to Transferred Contracts included in the Successful Bid, the Notice of Successful Bidder, has been extended from April 25, 2024, at 5:00 p.m. (prevailing Pacific time) to May 23, 2024, at 5:00 p.m. (prevailing Pacific time).

2. The Sale Objection Deadline has been extended from April 26, 2024, at 4:00 p.m. (prevailing Pacific time) to May 28, 2024, at 4:00 p.m. (prevailing Pacific time).

3. The Sale Hearing has been continued from May 3, 2024, at 10:30 a.m. (prevailing Pacific time) to May 30, 2024, at 2:00 p.m. (prevailing Pacific time).

4. The deadline to close the Sale Transaction set forth in the Bidding Procedures has been extended from May 10, 2024 to June 6, 2024.

5. All other terms and conditions of the Bidding Procedures Orders and the Bidding Procedures shall remain the same and in full force and effect.

**ACCORDINGLY, THE DEADLINE TO OBJECT TO THE DEBTOR'S REQUEST TO APPROVE THE SALE OF THE ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS TO THE SUCCESSFUL BIDDER (EACH, A "*SALE OBJECTION*") IS MAY 28, 2024, at 4:00 P.M. (PREVAILING PACIFIC TIME) (THE "*SALE OBJECTION DEADLINE*").**

Any person or entity wishing to submit a Sale Objection must do so in writing and state with particularity the grounds for such objections or other statements of position. All Sale Objections shall be filed with the Court and served so as to be actually received by no later than the Sale Objection Deadline by the following (the "**Notice Parties**"):

  i. the Debtor, c/o RPA Advisors, LLC, 45 Eisenhower Drive, Paramus, New Jersey 07652, Attention: Chip Cummins (ccummins@rpaadvisors.com);

  ii. counsel for the Debtor, Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Ron Bender (RB@LNBYG.COM) and Krikor J. Meshefejian (KJM@LNBYG.COM);

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to such terms in the Fifth Supplemental Bidding Procedures Order (and together with the Bidding Procedures Order, the First Supplemental Bidding Procedures Order, the Second Supplemental Bidding Procedures Order, the Third Supplemental Bidding Procedures Order, and the Fourth Supplemental Bidding Procedures Order, the "**Bidding Procedures Orders**").

    iii.    counsel to the DIP Agent and Prepetition Trustee, (a) Arnold & Porter Kaye Scholer LLP, 70 West Madison Street, Suite 4200, Chicago, Illinois 60602, Attention: Michael D. Messersmith (michael.messersmith@arnoldporter.com), Sarah Gryll (sarah.gryll@arnoldporter.com), and Alex Hevia (alexander.hevia@arnoldporter.com), and (b) Ballard Spahr LLP, 919 N. Market Street, 11th Floor, Wilmington, Delaware 19801, Attention: Tobey Daluz (daluzt@ballardspahr.com);

    iv.    counsel to the Official Committee of Unsecured Creditors, Brinkman Law Group, PC, 543 Country Club Drive, Suite B, Wood Ranch, California 93065, Attention: Daren Brinkman (dbrinkman@brinkmanlaw.com); and

    v.    the Office of The United States Trustee, 880 Front Street, Room 3230, San Diego, California 92101, Attention: Haeji Hong (Haeji.Hong@usdoj.gov).

The failure of any person or entity to file and serve a Sale Objection on or before the Sale Objection Deadline, as applicable, (i) shall be deemed a consent to the Sale Transaction to the Successful Bidder and the other relief requested in the Motion; and (ii) shall be a bar to the assertion of any objection to the sale of the Assets to the Successful Bidder (including in any such case, without limitation, the transfer of the Assets free and clear of all liens, claims, encumbrances, and interests, other than the assumed liabilities).

## The Debtor's Contracts and Leases

The Sale Order, if approved, shall authorize the assumption and assignment of the Transferred Contracts of the Debtor to the Successful Bidder. In accordance with the Bidding Procedures Orders, a separate notice setting forth the Potential Transferred Contracts that may be assumed by the Debtor and assigned to the Successful Bidder, or sold and transferred to the Successful Bidder, and the proposed Cure Amounts for such Potential Transferred Contracts has been given to all Contract Counterparties to the Potential Transferred Contracts. Such Contract Counterparties have been given the opportunity to object to the assumption and assignment, or sale and transfer, of a Potential Transferred Contract, the proposed Cure Amount, and adequate assurance of future performance. This notice is subject to the full terms and conditions of the Bidding Procedures and the Bidding Procedures Orders, which shall control in the event of any conflict. The Debtor encourages all persons to review such documents and all other sale-related documents in their entirety and to consult an attorney if they have questions or want advice.

Dated: May 20, 2024                RIALTO BIOENERGY FACILITY, LLC

                                      By:   */s/ Krikor J. Meshefejian*
                                             RON BENDER
                                           KRIKOR J. MESHEFEJIAN
                                           LEVENE, NEALE, BENDER,
                                           YOO & GOLUBCHIK L.L.P.
                                           Attorneys for Chapter 11 Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF CHANGE IN OBJECTION DEADLINE AND HEARING DATE FOR PROPOSED SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, OTHER THAN ASSUMED LIABILITIES, AND SCHEDULING FINAL SALE HEARING RELATED THERETO** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 20, 2024** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Hagop T. Bedoyan**   hagop.bedoyan@mccormickbarstow.com
- **Ron Bender**   rb@lnbyg.com, bry@lnbyb.com
- **E. Alex Beroukhim**   alex.beroukhim@arnoldporter.com, e.alex.beroukhim@apks.com;sarah.gryll@arnoldporter.com;michael.messersmith@arnoldporter.com;ecf-e5794a63d7ef@ecf.pacerpro.com;Alexander.Hevia@arnoldporter.com
- **Daren Brinkman**   firm@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Joseph P. Buchman**   jbuchman@bwslaw.com, gmitchell@bwslaw.com
- **Kathryn M.S. Catherwood**   kcatherwood@grsm.com, mbrookman@grsm.com;sdurazo@grsm.com
- **Brian Condon**   brian.condon@arnoldporter.com
- **Sean C Coughlin**   scc@coughlin-law.com, bcrena@noonanlance.com
- **Dawn M. Coulson**   dcoulson@eppscoulson.com, ecfnotices@eppscoulson.com
- **Scott A Davis**   scott.davis@knchlaw.com, dion.sayles-mckinney@knchlaw.com
- **Jon F. Gauthier**   jgauthier@ftblaw.com, jrobinson@ftblaw.com;storres@ftblaw.com
- **Jerome Allen Grossman**   jgrossman@fennemorelaw.com
- **Haeji Hong**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Monica Y. Kim**   myk@lnbyb.com
- **Krikor John Meshefejian**   kjm@lnbyg.com
- **Giovanni Orantes**   go@gobklaw.com
- **Samantha Riggen**   sriggen@gibbsgiden.com
- **Richard P. Steelman**   rps@lnbyg.com
- **Dana Sykulski**   dsykulski@yahoo.com
- **United States Trustee**   ustp.region15@usdoj.gov
- **Beth Ann R. Young**   bry@lnbyg.com
- **Nahal Zarnighian**   zarnighiann@ballardspahr.com

**2.** **SERVED BY UNITED STATES MAIL**: On **May 20, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 20, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY EMAIL**
Anaergia Technologies GmbH
Anaergia Technologies LLC
Anaergia Africa
Anaergia DB Inc
Anaergia Inc.
Anaergia Technologies GmbH
Anaheim Energy
Anaheim Energy LLC
Luke.Boughen@anaergia.com; legal@anaergia.com

☐ *Service **BY EMAIL** information continued on attached page*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 20, 2024 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | | |
|---|---|---|
| MML | **Debtor**<br>Rialto Bioenergy Facility, LLC<br>705 Palomar Airport Road<br>Suite 200<br>Carlsbad, CA 92011 | Big Sky Electric, Inc.<br>310 McArthur Way<br>Suite A<br>Upland, CA 91786-5630 |
| R&S Industrial Field Service Inc.<br>P.O.Box 2796<br>Victorville, CA 92393-2796 | Berkley Insurance Company<br>412 Mount Kemble Avenue<br>Suite 310N<br>Morristown, NJ 85012 | UMB Bank, N.A.<br>c/o Ballard Spahr LLP<br>2029 Century Park East<br>Suite 1400Los Angeles, CA 90067 |
| Uline<br>1275 Uline Drive<br>Pleasant Prairie, WI 53158 | 4747 Executive Drive, Suite 700<br>San Diego, California 92121-3107 | Adler Tank Rentals<br>2751 Aaron Street<br>Deer Park, TX 77536-1907 |
| Alex Beroukhim<br>Brian K. Condon<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017-5800 | Adia Solutions LLC<br>4800 Deerwood Campus Parkway<br>BLDG 800<br>Jacksonville, FL 32246-8319 | Allison Electric Inc.<br>16835 Algonquin St. Ste. #291<br>Huntington Beach, CA 92649-3810 |
| Adia Solutions LLC<br>3601 S. Congress Ave, Ste B500<br>Austin, TX 78704 | **Creditor Committee**<br>Aerzen USA Corp<br>Attn: Michael Scotti, Credit Manager<br>108 Independence Way<br>Coatesville, PA 19320 | Avensys Solutions Inc<br>300 rue Stinson<br>Saint-Laurent QC H4N 2E7<br>CANADA |
| BSK Associates<br>PO Box 51931<br>Los Angeles, CA 90051-6231 | Alliance Corporation<br>1067 S. Leslie Street<br>La Habra, CA 90631-6843 | Berkley Insurance Company<br>Koeller Nebeker Carlson & Haluck, LLC<br>c/o David W. Kash, Esq.<br>3800 N Central Street, Suite 1500Phoenix, AZ 85012-1916 |
| Big Sky Electric, Inc.<br>310 McArthur Way, Suite A<br>Upland, CA 91786-5630 | Airgas USA LLC<br>PO Box 93500<br>Long Beach, CA 90809-3500 | Caltrol Inc.<br>1385 Pama Lane, Suite 111<br>Las Vegas, NV 89119 |
| CSC<br>P.O. Box 7410023<br>Chicago, IL 60674-5024 | Cal-lift, Inc.<br>13027 Crossroads Parkway South<br>City of Industry, CA 91746-3406 | Caltrol Inc.<br>PO Box 741123<br>Los Angeles, CA 90074-1123 |
| Cathy L. Reece<br>Fennemore Craig, P.C.<br>2394 E. Camelback Road, Suite 600<br>Phoenix, Arizona 85016-9077 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | DB Technologies<br>Zwollestraat 2b<br>7575 EP Oldenzaal Zwollestraat 2b 7575 EP Oldenzaal Netherlands |
| David Cisar<br>von Briesen & Roper, s.c.<br>411 E. Wisconsin Ave, Suite 1000<br>Milwaukee, WI 53202-4409 | Delta Products Group<br>1655 Eastwood Dr<br>Aurora, IL 60506-1121 | DMC, Inc.<br>2222 N Elston Ave<br>Suite 200<br>Chicago, IL 60614-8379 |

| | | |
|---|---|---|
| Diamond Environmental Services<br>807 E. Mission Road<br>San Marcos, CA 92069-3002 | Dick Munns Company<br>11133 Winners Circle<br>Los Alamitos, CA 90720-2815 | ESSI Scaffold<br>1960 Olivera Road<br>Concord, CA 94520-5425 |
| Endress+Hauser, Inc<br>2350 Endress Place<br>Greenwood, IN 46143-9672 | Fibracast Ltd<br>525 Flover Rd<br>Canada<br>Hannon, ON L0R 1P0 | Ernie & Sons Scaffolding<br>1960 Olivera Rd<br>Concord, CA 94520-5425 |
| Fastenal Company<br>2001 Theurer Blvd.<br>Attn: Legal<br>Winona, MN 55987-9902 | Fastenal Company<br>PO Box 1286<br>Winona, MN 55987-7286 | Ferguson Enterprises LLC<br>12500 Jefferson Avenue<br>Newport News, VA 23602-4314 |
| Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0001 | Frontier Energy, Inc.<br>12949 Alcosta Blvd. Suite 101<br>San Ramon, CA 94583-1323 | GDIF (North America) NRP Hold Co.<br>Stephen Warren/O'Melveny & Myers LL<br>400 S. Hope Street, 18th Floor<br>Los Angeles, CA 90071-2801 |
| Giovanni Orantes<br>The Orantes Law Firm, P.C.<br>3435 Wilshire Blvd., 27th Floor<br>Los Angeles, CA 90010-1901 | Grainger<br>1321 Linda Vista Dr<br>San Marcos, CA 92078-3804 | GDIF (North America) NRP Hold Co.<br>10 East 53rd Street<br>Floor 21<br>New York, NY 10022 |
| Harrington Industrial Plastics LLC<br>PO Box 676273<br>Dallas, TX 75267-6273 | Harris Group<br>2601 4th Ave<br>Suite 400<br>Seattle, WA 98121-1278 | Hill Crane Service, Inc.<br>3333 Cherry Ave.<br>Long Beach, CA 90807-4901 |
| Hose-Man, Inc.<br>5397 Irwindale Ave.<br>Irwindale, CA 91706-2025 | Internal Revenue Service (IRS)<br>Insolvency Operations Unit<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jani-King of California<br>PO Box 749201<br>Los Angeles, CA 90074-9201 |
| Internal Revenue<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Kjelstrom & Associates Inc.<br>841 Kalpati Cir. #A<br>Carlsbad, CA 92008-4164 | Konica Minolta<br>PO Box 100706<br>Pasadena, CA 91189-0003 |
| Jon F. Gauthier, Esq.<br>Finch, Thornton & Baird, LLP<br>4747 Executive Drive, Suite 700<br>San Diego, California 92121-3107 | MAYEKAWA USA, INC.<br>29875 Medline Lane<br>Katy, TX 77494-8037 | MSA Safety Sales<br>1000 Cranberry Woods Drive<br>Cranberry Twp, PA 16066-5296 |
| Koppl Pipeline Services, Inc.<br>1228 Date Street<br>Montebello, CA 90640-6373 | McMaster-Carr<br>PO Box 7690<br>Chicago, IL 60680-7690 | MCMASTER CARR SUPPLY CO<br>9630 NORWALK BLVD<br>SANTA FE SPRINGS CA 90670-2954 |

| | | |
|---|---|---|
| McGuire Woods<br>1800 Century Park East<br>8th Floor<br>Los Angeles, CA 90067-1512 | Midwest Laboratories, Inc.<br>13611 B Street<br>Omaha, NE 68144-3617 | Mission Critical DC Power, LLC<br>1309 Bouslog Rd.<br>Ste. 108<br>Burlington, WA 98233-3402 |
| Michael D. Messersmith<br>Sarah Gryll<br>Alexander Hevia<br>70 West Madison St., Suite 4200Chicago, IL 60602-4230 | Nahal Zarnighian<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915 | Moss Adams<br>PO Box 101822<br>Pasadena, CA 91189-0050 |
| Mobile Modular<br>P.O. BOX 45043<br>San Francisco, CA 94145-5043 | Ontario Refrigeration Service<br>635 S. Mountain Ave<br>Ontario, CA 91762-4114 | Niel Bansraj<br>5700 Las Positas Rd<br>Livermore, CA 94551-7806 |
| NAES Corporation<br>1180 NW Maple St<br>Suite 200<br>Issaquah, WA 98027-8106 | PEOPLEREADY INC<br>ATTN TAMI L ZEIGLER<br>1015 A ST<br>TACOMA WA 98402-5122 | Ontario Refrigeration Service, Inc.<br>635 S. Mountain Ave.<br>Ontario, CA 91762<br>Ontario, CA 91762-4114 |
| Oxidizers<br>1731 Pomana Road<br>Corona, CA 92878 | Packair Customs Brokers Inc.<br>1700 W El Segundo Blvd<br>Gardena, CA 90249-2012 | PEOPLEREADY INC.<br>PO Box 31001-0257<br>Pasadena, CA 91110-0257 |
| Nord Gear Corporation<br>800 Nord Drive<br>Waunakee, WI 53597-9598 | Plate Concepts Inc<br>1710 MacArthur Rd. Ste 209<br>White Hall, PA 18052-5734 | Pacific Mechanical Construction<br>14563 Manzanita Drive<br>Fontana, CA 92335-5378 |
| Orange line Oil Company<br>404 E. Commercial Street<br>Pomona, CA 91767-5599 | QED Environmental Systems Inc.<br>PO Box 935668<br>Atlanta, GA 31193-5668 | Pape Material Handling, Inc.<br>355 Goodpasture Island Rd<br>#300<br>Eugene, OR 97401-2119 |
| Pacific Standard Environmental, Inc.<br>6303 Owensmouth Ave. 10th Floor<br>Woodland Hills, CA 91367-2262 | Rain for Rent<br>6400 Fischer Rd.<br>Riverside, CA 92507 | Ponton Industries Inc<br>22901 Savi Ranch Pkwy<br>Suite B<br>Yorba Linda, CA 92887-4615 |
| Pape Material Handling, Inc.<br>PO Box 987<br>Eugene, OR 97440-0987 | Ready Refresh<br>PO Box 30080<br>College Station, TX 77842 | Q-Air California<br>9807 Jordan Circle<br>Santa Fe Springs, CA 90670-3304 |
| Professional Boiler Repair<br>PO Box 7525<br>Huntington Beach, CA 92615-7525 | Rosemount Inc<br>8200 Market Blvd<br>Chanhassen, MN 55317-9687 | RK Controls<br>5901 Corvette Street<br>Commerce, CA 90040-1601 |

| | | |
|---|---|---|
| Quality Street Service<br>PO Box 339<br>Claremont, CA 91711-0339 | Royal Industrial Solutions<br>Smantha Riggen<br>12100 Wilshire Blvd., Ste 300<br>Los Angeles CA 90025-7136 | Richard Price Automation, Inc<br>3237 Via San Vitale<br>Chula Vista, CA 91914-5313 |
| Rexcor Inc<br>245 King George Road. Suite 262<br>Brantford ON N3R 7N7<br>Canada | SC Fuels<br>1800 W. Katella Ave.<br>Suite 400<br>Orange, CA 92867-3449 | Royal Industrial Solutions<br>1036 West Taft, Suite 150<br>Orange, CA 92865-4109 |
| Rockwell Engineering & Equipment Company<br>2913 El Camino Real, STE 337<br>Tustin, CA 92782-8909 | Richard Price Automation<br>3237 Via San Vitale<br>Chula Vista, CA 91914 | Rust Automation & Controls, Inc.<br>PO Box 367<br>West Jordan, UT 84084-0367 |
| Royal Industrial Solutions<br>1920 Westridge Drive<br>Irving, TX 75038-2901 | **Creditor Committee**<br>Schwing Bioset Inc.<br>Attn: Greg Strauss<br>350 SMC Drive<br>Somerset, WI 54025 | Safety-Kleen Systems, Inc.<br>P.O. Box 975201<br>Dallas, TX 75397-5201 |
| San Bernardino Valley<br>Municipal Water District<br>380 East Vanderbilt<br>San Bernardino, CA 92408 | SoCal Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | Siemens Industry, Inc.<br>100 Technology Drive<br>Alpharetta, GA 30005-4499 |
| San Bernardino County<br>Tax Collector<br>268 W. Hospitality Ln, 1st Fl.<br>San Bernardino, CA 92408 | Suez WTS Services USA, Inc.<br>4636 Somerton Road<br>Feasterville Trevose, PA 19053-6742 | The Pape Group, Inc.<br>PO Box 35144 #5077<br>Seattle, WA 98124-5144 |
| Scaife Protection Services<br>PO Box 804<br>Lawndale, CA 90260-0804 | Twining, Inc.<br>2883 East Spring Street, Suite 300<br>Long Beach, CA 90806-6847 | SoCal Gas<br>PO Box C<br>Monterey Park, CA 91754-0932 |
| Siemens Industry, Inc.<br>Attn: Stephanie Mitchell<br>4800 North Point Parkway<br>Alpharetta, GA 30022-3732 | UPS<br>28013 Network Place<br>Chicago, IL 60673-1280 | Sulzer Electro-Mechanical Services (US)<br>11518 Old La Porte Road<br>La Porte, TX 77571-9516 |
| Stephanie Mitchell<br>Siemens Corporation<br>4800 North Point Parkway<br>Alpharetta, GA 30022-3766 | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 | UMB Bank, N.A., as Trustee for the Bondholde<br>120 South Sixth Street, Suite 1400<br>Minneapolis, MN 55402<br>Attention: Michael Slade 55402-1807 |
| UMB Bank, N.A.: Corporate Trust & Escrow Services<br>120 South Sixth St, Ste 1400<br>Minneapolis, MN 55402-1807 | Valley Tank Repair Inc.<br>14691 Mallory Drive #9<br>Fontana, CA 92335-7228 | USA Bluebook<br>PO Box 9004<br>Gurnee, IL 60031-9004 |

| | | |
|---|---|---|
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Western Oilfields Supply Co. d/b/a Rain for<br>5101 Office Park Drive<br>Bakersfield, CA 93309-0615 | United Rentals (North America) Inc<br>PO Box 100711<br>Atlanta, GA 30384-0711 |
| VESTA Modular<br>PO Box 530068<br>Atlanta, GA 30353-0068 | Lyn Group inc.<br>#16-2900 Langstaff Road<br>Vaughn OM L4K 4R9, Canada | Value logic, Inc.<br>5671 Palmer Way<br>Suite A<br>Carlsbad, CA 92010-7256 |
| West Valley Water District<br>800 Capital Street Suite 3000<br>Houston, TX 77002-2945 | <u>Equity Holder</u><br>GDIF (North America)<br>NRP Hold Co.<br>10 East 53rd Street, Floor 21<br>New York, NY 10022 | link protect GmbH<br>Munchener Strasse 9285614<br>Kirchseeon<br>GERMANY |
| Konecranes, Inc.<br>P.O. Box 644994<br>Pittsburgh, PA 15264 | West Valley Water District<br>P.O. Box 102060<br>PASADENA, CA 91189-2060 | Mesa Specialty Gases & Equipment<br>2427 South Anne Street<br>Santa Ana, CA 92704 |
| State Energy Resources Conservation and Dev. Comm.<br>715 P Street, MS-18<br>Sacramento, CA 95814-5512 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | San Bernadino Couty Tax collector<br>268 West Hospitality Lane<br>1st Floor<br>San Bernardino, CA 92415 |
| UTS Bioenergy Holdings, LLC<br>Agent for Service of Process:<br>CSC – Lawyers<br>2710 Gateway Oaks Drive<br>Sacramento, CA 95833 | | |

<u>Contract Counterparties</u>

| | | |
|---|---|---|
| 2G Energy Inc.<br>205 Commercial Drive<br>St. Augustine, FL 32092-0587 | Aerzen Rental USA LLC<br>5500 South Cobb Drive SE, BLDG 50<br>Atlanta, GA 30339-6724 | Air Liquide Advanced Technologies U.S. LLC<br>9811 Katy Freeway, Suite 100<br>Houston, TX 77024-1274 |
| AJW, Inc.<br>2101 Wilson Blvd<br>Suite 530<br>Arlington, VA 22201-3060 | **Creditor Committee**<br>Romero's Engineering, Inc. dba American Turnkey Fabricators<br>Attn:  Ari Medel, Office Manager<br>9175 Milliken Ave.<br>Rancho Cucamonga, CA 91730 | Anaergia Services LLC/Anaergia, Inc.<br>Anaergia Technologies LLC<br>Anaheim Energy LLC<br>SoCal Organics Recycling Facility LLC<br>705 Palomar Airport Road Suite 200<br>Carlsbad, CA 92011 |
| Anew Climate, LLC<br>3200 Southwest Freeway, STE 1310<br>Houston, TX 77027-7589 | AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | Bare Ground Electric, Inc<br>PO Box 90040<br>San Bernardino, CA 92427-1040 |

| | | |
|---|---|---|
| Bare Ground Inc.<br>PO Box 51931<br>Los Angeles, CA 90051 | Burrtec Waste Industries, Inc.<br>PO Box 515842<br>Los Angeles, CA 90051-3142 | Burrtec Waste Industries, Inc.<br>1850 Agua Mansa Rd<br>Jurupa Valley, CA 92509-2404 |
| Burrtec Waste Industries, Inc.<br>9890 Cherry Avenue<br>Fontana, CA 92335 | Chemtreat Inc.<br>5460 Cox Road<br>Glen Allen, VA 23060 | Cintas<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 |
| Denali Water Solutions LLC<br>PO Box 3036<br>Russellville, AR 72811-3036 | Denali Water Solutions<br>Attn: Accounts Payable<br>PO Box 370<br>Russellville, AR 72811 | **Creditor Committee**<br>Denali Water Solutions, LLC<br>Attn: Patricia McArdle/ Wendy Lambie<br>3308 Bernice Avenue<br>Russellville, AR 72802 |
| City of Rialto<br>P.O. Box 800<br>Rialto, CA 92377-0800 | Dept. of Resources Recycling<br>and recovery (CalRecycle)<br>PO Box 4025<br>Sacramento, CA 95812 | Envirosep<br>31 Aviation Blvd<br>Georgetown, SC 29440-9152 |
| Momentum<br>801 K Street, 28th Floor<br>Sacramento, CA 95814-3522 | Montrose Air Quality Services LLC<br>PO Box 741137<br>Los Angeles, CA 90074-1137 | Orange County Sanitation<br>District<br>10844 Ellis Avenue<br>Fountain Valley, CA 92708 |
| Putzmeister America Inc.<br>1733 90th Street<br>Sturtevant, WI 53177-1805 | R & S Industrial Field Services, Inc<br>P.O. Box 2796<br>Victorville, CA 92393-2796 | Rialto Utility Authority<br>150 South Palms Avenue<br>Rialto, CA 92376 |
| Rialto Water Services<br>PO Box 60450<br>Los Angeles, CA 90060-0450 | Rialto Water Services, LLC<br>150 California Street, #600<br>San Francisco, CA 94965 | City of Rialto<br>c/o City Manager<br>150 S. Palm Avenue<br>Rialto, CA 92376 |
| Santa Ana Watershed Project<br>Authority<br>c/o Epps & Coulson, LLP<br>1230 Crenshaw Blvd., Suite 200<br>Torrance, CA 90501-0421 | Santa Ana Watershed Project<br>Authority<br>11615 Sterling Avenue<br>Riverside, CA 92503-4979 | SB Industrial Vacuum Service Inc.<br>PO Box 310097<br>Fontana, CA 92331-0097 |
| **Creditor Committee**<br>SB Industrial Vacuum Services Inc. Attn:<br>Christian Bahena, Gral Manager<br>10656 Jaggery St.<br>Fontana, CA 92337 | Southern California Gas Company<br>Attn: Tom Kaufman, Project Manager<br>555 W. Fifth Street<br>Los Angeles, CA 90013 | Southwest Gas<br>PO Box 98510<br>LVB-570<br>Las Vegas, NV 89193-8510 |
| Southern California Gas Company<br>555 W. Fifth Street GCT20C3<br>Los Angeles, CA 90013 | The Fan Doctors, Inc.<br>4470 W. Sunset Blvd. #90348<br>Los Angeles, CA 90027-6302 | State Building and Construction<br>Trades Council of California<br>1225-8th Street, Suite 375<br>Sacramento, CA 95814 |

| | | |
|---|---|---|
| State Energy Resources Conservation and Dev. Comm. 715 P Street, MS-18 Sacramento, CA 95814-5512 | W.M. Lyles Co. 42142 Roick Drive Temecula, CA 92590-3695 | Universal Waste Systems, Inc. 9016 Norwalk Blvd. Santa Fe Springs, CA 90670 |
| W. M. Lyles Co. 525 W. Aluvial Avenue, Ste. C Fresno, CA 93720 | Waste Management Recycling and Disposal Services of Cal., Inc 9081 Tujunga Avenue Sun Valley, CA 91352 | W.M. Lyles Co. P.O Box 28130 Fresno, CA 93729 |
| Waste Management 10910 Dawson Canyon Road Corona, CA 92883-5020 | Republic Waste Services of Southern California, LLC 18500 North Allied Way Phoenix, AZ 85054 | Agent for Service of Process for Republic Waste Services of Southern California, LLC C T CORPORATION SYSTEM (1505) 330 N. Brand Blvd., Suite 700 Glendale, CA 91203 |
| California Air Resources Board 4001 Iowa Ave Riverside, CA 92507 | California Environmental Protection Agency 1001 I St #1 Sacramento, CA 95814 | San Bernardino County Department of Public Health 351 N Mountain View Ave. San Bernardino, CA 92415 |
| Santa Ana Regional Water Quality Control Board 3737 Main Street, Suite 500 Riverside, CA 92501-3348 | South Coast Air Quality Management District 21865 Copley Dr. Diamond Bar, CA 91765 | United States Environmental Protection Agency 600 Wilshire Blvd #940 Los Angeles, CA 90017 |

**RSN**

| | | |
|---|---|---|
| **Counsel to Dip Agent/Prepetition Trustee** Michael D. Messersmith / Sarah Gryll / Alexander Hevia ARNOLD & PORTER 70 West Madison Street, Suite 4200 Chicago, Illinois 60602-4231 | U. S. Securities & Exchange Commission Attn: Bankruptcy Counsel 444 South Flower Street, Ste. 900 Los Angeles, CA 90071-9591 | Haeji Hong Office of The United States Trustee 880 Front Street Third Floor, Suite 3230 San Diego, CA 92101 |
| **Counsel for Ferguson Enterprises, LLC** GEORGE SYKULSKI, APLC George Sykulski / Dana Sykulski Post Office Box 10426 Balboa, CA  91510 | <u>Committee Counsel</u> Brinkman, Daren Brinkman Law Group, PC 543 Country Club Dr., Ste. B Wood Ranch, CA 93065 | **Counsel to Dip Agent/Prepetition Trustee** Alex Beroukhim / Brian K. Condon ARNOLD & PORTER 777 South Figueroa Street, 44th Floor Los Angeles, California 90017 |
| **California Pollution Control Financing Authority** Attn: Executive Director P.O. Box 942809 Sacramento, CA 94209 | **Counsel to Dip Agent/Prepetition Trustee** Nahal Zarnighian Ballard Spahr LLP 2029 Century Park East, Suite 1400 Los Angeles, CA  90067-2915 | **Counsel for Lienholder Big Sky Electric, Inc.** Sean C. Coughlin NOONAN LANCE BOYER & BANACH LLP 701 Island Avenue, Suite 400 San Diego, California  92101 |
| **Counsel for Anaergia Services, LLC** Jerome A. Grossman **(RSN)** Fennemore LLP 401 W. A Street, St. 925 San Diego, CA 92101 | **Marquette Business Credit, A subsidiary of UMB Bank, N.A.** Attention: Mr. Greg Carasik 333 S Grand Ave, Suite 2200 Los Angeles, CA 90071 | **UMB Bank, N.A.** Attn: Ms. Katie Carlson Corporate Trust & Escrow Services 120 South Sixth Street, Suite 1400 Minneapolis, MN 55402 |

| | | |
|---|---|---|
| **Russell R. Johnson III**<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA 23103 | **Counsel for Anaergia Services, LLC**<br>Cathy L. Reece **(RSN)**<br>Fennemore Craig, P.C.<br>2394 E. Camelback Road, Suite 600<br>Phoenix, Arizona 85016 | **San Bernardino County**<br>**Office of the Tax Collector**<br>268 West Hospitality Lane<br>1st Floor<br>San Bernardino, CA 92415 |
| <u>**Counsel to City of Rialto**</u><br>Joseph P. Buchman<br>Burke, Williams & Sorensen, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071 | **UMB Bank, N.A.**<br>Attn: Michael Slade, Joshua James,<br>Rialto DIP Administrator<br>120 South Sixth Street, Suite 1400<br>Minneapolis, MN 55402 | |

**GOVERNMENT ENTITIES**

| | | |
|---|---|---|
| Internal Revenue Service (IRS)<br>Insolvency Operations Unit<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Small Business Administration<br>- San Diego District Office<br>550 West C. Street, Suite 550<br>San Diego, CA 92101 | U.S. Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 |
| U. S. Securities & Exchange<br>Commission<br>Bankruptcy Counsel<br>444 South Flower Street, Ste. 900<br>Los Angeles, CA 90071-9591 | U.S. Attorneys Office<br>- Southern District of California<br>880 Front Street, Suite 6293<br>San Diego, CA 92101 | United States District Court<br>- Southern District of California<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 |
| Social Security Administration<br>Office of the General Counsel<br>Office of Program Litigation<br>Attn: Bankruptcy<br>6401 Security Boulevard<br>Baltimore, MD 21235 | California Department of Industrial<br>Relations<br>Labor Law Enforcement<br>1550 West Main Street<br>El Centro, CA 92243-2105 | California<br>Division of Labor Standards<br>Enforcement<br>7575 Metropolitan Drive, Ste. 210<br>San Diego, CA 92108-4424 |
| California Employment Development<br>Department<br>Bankruptcy Unit, MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 - 0001 | California Franchise Tax Board<br>Service of Adversary Proceedings<br>c/o General Counsel Section<br>P.O. Box 1720, MS A-260<br>Rancho Cordova, CA 95741-1720 | California Franchise Tax Board<br>Bankruptcy Code Section 505<br>Requests & All Other Service &<br>Notices Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| California Department of Tax<br>& Fee Administration<br>P.O. Box 942879<br>Sacramento, CA 94279 | California Department of Tax<br>& Fee Administration Service of<br>Adversary Proceedings Director<br>450 N Street, MIC:104<br>Sacramento, CA 95814-0104 | California Department of Tax<br>& Fee Administration Bankruptcy Code<br>Section 505 Requests Special Operations<br>Bankruptcy Team, MIC:74<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 |
| California Department of Tax<br>& Fee Administration All Other Service<br>and Bankruptcy Notices<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | | |

Krevat Energy Innovations, LLC
Attn: Josh Gerber
33 E J ST
ENCINITAS, CA 92024

Krevat Energy Innovations, LLC
Attn: Josh Gerber
P.O. BOX 910186
SAN DIEGO,CA92191

South Coast Air Quality Management District
21865 Copley Dr.
Diamond Bar, CA 91765

South Coast Air Quality Management District
545 WERNMARK DRIVE
RED BLUFF,CA96080

San Bernardino County Department of Public Health
351 N Mountain View Ave.
San Bernardino, CA 92415

San Bernardino County Department of Public Health
451 E. Vanderbilt Way
San Bernardino, CA 92408

State Water Resources Control Board
1001 I Street
Sacramento, CA 95814

State Water Resources Control Board
P.O. Box 100
Sacramento, CA 95812-0100

California Dept. of Toxic Substances Control
1001 I Street
Sacramento, CA 95814-2828

California Dept. of Toxic Substances Control
P.O. Box 806
Sacramento, CA 95812-0806

California Environmental Protection Agency
1001 I Street
Sacramento, CA 95814

California Environmental Protection Agency
P.O. Box 2815
Sacramento, CA 95812-2815

City of Los Angeles
200 N Spring St.
Los Angeles, CA 90012

City of Los Angeles
Office of the City Clerk
200 North Spring Street
Room 395, City Hall
Los Angeles CA 90012

City of Los Angeles
Office of the City Attorney
200 N. Main St. #800
Los Angeles, CA 90012

County of Riverside
4080 Lemon Street
Riverside, CA 92501

County of Riverside
County Counsel
3960 Orange Street, Suite 500
Riverside, CA 92501

San Bernardino County Dept. of Agriculture/
Weights & Measures
777 E. Rialto Ave.
San Bernardino, CA 92415

San Bernardino County Dept. of Agriculture/
Weights & Measures
15900 Smoketree St.
Hesperia, CA 92345

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Marlene H. Dortch, Secretary
Federal Communications Commission
Office of the Secretary
9050 Junction Drive
Annapolis Junction, MD 20701

Marlene H. Dortch, Secretary
Federal Communications Commission
Office of the Secretary
45 L Street NE
Washington, DC 20554